**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Cesar CALDERON, Defendant–Appellant.**

**No. 06–40474**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

Joseph R. Batte, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Bernard John Shealy, Amy R. Blalock, Assistant Federal Public Defender, Federal Public Defender's Office Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Cesar Calderon has moved for leave to withdraw from representation

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Calderon has filed a response. Our independent review of the record, counsel's brief, and Calderon's response shows that there are no nonfrivolous issues for appeal. Although Calderon argues in his response that his counsel was ineffective for various reasons, the record is insufficiently developed to allow consideration of these claims on direct appeal. *See United States v. Higdon,* 832 F.2d 312, 313–14 (5th Cir. 1987).

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The Government's motion to dismiss is DENIED as moot.

---

the limited circumstances set forth in 5TH CIR R. 47.5.4.